FEBRUARY 6, 1973

No. 72–5851.   BARR ET UX *v.* THORP CREDIT, INC. Sup. Ct. Iowa.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

FEBRUARY 20, 1973

No. 72–719.   NON-RESIDENT TAXPAYERS ASSOCIATION OF PENNSYLVANIA AND NEW JERSEY ET AL. *v.* MURRAY, SHERIFF, ET AL.   Affirmed on appeal from D. C. E. D. Pa.

No. 72–886.   PRIGMORE ET UX. *v.* RENFRO ET AL.   Affirmed on appeal from D. C. N. D. Ala.

No. 72–889.   TOLPO ET AL. *v.* BULLOCK, SECRETARY OF STATE OF TEXAS.   Affirmed on appeal from D. C. E. D. Tex.

No. 72–811.   NORTH CAROLINA UTILITIES COMMISSION ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. Affirmed on appeal from D. C. E. D. N. C.   MR. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 72–823.   NADER ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. Conn.   MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument on issue of right of intervention.

No. 72–5789.   WARNER ET AL. *v.* TROMBETTA, DIRECTOR, PENNSYLVANIA BUREAU OF TRAFFIC SAFETY, ET AL. Affirmed on appeal from D. C. M. D. Pa.   MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.